UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| PANALPINA WORLD TRANSPORT SINGAPORE PTE LTD., | § § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| -against- | | Case No. 17-1662 |
| MODEC OFFSHORE PRODUCTION SYSTEMS (SINGAPORE) PTE LTD. and MODEC AND TOYO OFFSHORE PRODUCTION SYSTEMS PTE LTD. | | |
| Defendants | | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, Panalpina World Transport Singapore Pte Ltd. ("**Plaintiff**") hereby voluntarily dismisses the above-captioned cause of action *without prejudice* as to Defendants MODEC Offshore Production Systems (Singapore) Pte Ltd. and MODEC and Toyo Offshore Productions Systems Pte Ltd. (collectively, "**Defendants**"). Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: November 17, 2017

By: */s/ J. Maxwell Beatty*
J. Maxwell Beatty *(TX Bar 24051740)*
mbeatty@diamondmcarthy.com
Diamond McCarthy LLP
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone: (713) 333-5100
Facsimile: (713) 333-5199

*Counsel for Panalpina World Transport Singapore Pte Ltd.*